UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL WATKINS, on behalf of Paul Alexander Watkins (Deceased),

                Plaintiff,

-against-

ARCHDIOCESE OF NEW YORK; ST. PAUL'S CHURCH,

                Defendants.

19-CV-10217 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 25, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 25, 2019
         New York, New York

                                          COLLEEN McMAHON
                                      Chief United States District Judge